FILED
JUL 0 2 2007
U.S. DISTRICT COURT
ELKINS WV 26241

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CWS TRUCKING, INC., a
West Virginia Corporation,

    Plaintiff,

v.                                CIVIL ACTION NO. 2:04-CV-84
                                      (Judge Robert E. Maxwell)

WELLTECH EASTERN, INC.,
d/b/a KEY ENERGY SERVICES, INC.,
a Delaware Corporation,

    Defendant.

## ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to the Local Rule of General Practice 83.03 for the United States District Court for the Northern District of West Virginia, came this day the defendant, Welltech Eastern, Inc., d/b/a Key Energy Services, Inc., by its attorneys, Charles J. Crooks and Jonathan Deem of Jackson Kelly, PLLC, and moved the Court to permit Woodrow Turner, Esquire, formerly of Jackson Kelly, PLLC, to withdraw as counsel for Defendant and substitute Jonathan Deem of Jackson Kelly, PLLC, in the place of Woodrow Turner. There being no objection on the part of this Defendant, Woodrow Turner, Charles J. Crooks, or Jonathan Deem hereto, the Court is of the opinion to grant said motion, and it is accordingly **ORDERED** that Woodrow Turner be and hereby is permitted to withdraw as counsel of record for Defendant, Welltech Eastern, Inc., and shall have no further duties or responsibilities with respect to the representation of this Defendant in this civil

{M0525548}                                      1

action, and that Jonathan Deem hereby is substituted as counsel of record for Defendant, Welltech Eastern, Inc., while Charles J. Crooks remains lead counsel of record.

It is further **ORDERED** that the Clerk of the Court substitute Jonathan Deem on the docket sheet as attorney to be noticed in place of Woodrow Turner, retain Charles J. Crooks on the docket sheet as lead counsel and attorney to be noticed, and amend accordingly the electronic case service list to provide electronic notice of all documents filed in this matter to both Jonathan Deem and Charles J. Crooks.

ENTERED: July 2, 2007

/s/ Robert E. Maxwell
The Honorable Robert E. Maxwell
United States District Judge